# APPENDIX A

Redacted

Approved, SCAO

Original Court
1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>41A(2) DISTRICT COURT | SUMMONS AND COMPLAINT | CASE NO.<br>2015-994-GC |
|---|---|---|

Court address
40111 DODGE PARK ROAD STERLING HEIGHTS, MI 48313

Court telephone no.
586-446-2500

| Plaintiff name(s), address(es), and telephone no(s). | | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| UNIFUND CCR, LLC<br>PO BOX 42730<br>Cincinnati, OH 45242<br>(877) 786-7470 | v | KASSEM H BEZIH<br>[redacted] |
| Plaintiff attorney, bar no., address, and telephone no.<br>David A. Bader (P67307)<br>PO BOX 42346, CINCINNATI, OH 45242<br>(888) 285-6844 FAX (888) 235-6509<br>Email: david.bader203@gmail.com | | |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or to take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). MCR2.111(C)
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 3/16/15 | 6/15/15 | [signature] |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT** ***Instruction:** The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in ______________________ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

[X] There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

[ ] A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ______________________ Court.

The action [ ] remains [ ] is no longer pending. The docket number and the judge assigned to the action are:

**VENUE**

| Plaintiff(s) residence (include city, township, or village)<br>OHIO | Defendant(s) residence (include city, township, or village)<br>[redacted] |
|---|---|
| Place where action arose or business conducted<br>STERLING HEIGHTS, MI 48310 | |

Date ______ Signature of attorney/plaintiff ______

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

Redacted

**SUMMONS AND COMPLAINT**
Case No.

**PROOF OF SERVICE**

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE**

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party, and that:
(notarization not required)

**OR**

☐ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:
(notarization required)

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with ______________________________
List all documents served with the Summons and Complaint

______________________________ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| KASSEM H BEZIH | [redacted] STERLING HEIGHTS, MI 48310 | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

| Service fee | Miles traveled | Mileage fee | Total |
|---|---|---|---|
| $ | | $ | $ |

______________________________
Signature

______________________________
Title

Subscribed and sworn to before me on ______________ (Date), ______________ County, Michigan.

My commission expires ______________ (Date) Signature: ______________ (Deputy court clerk/Notary public)

Notary public, State of Michigan, County of ______________

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with ______________ (Attachments)

______________ on ______________ (Day, date, time)

______________ (Signature) on behalf of ______________

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Redacted

SUMMONS AND COMPLAINT
Case No.

## PROOF OF SERVICE

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party, and that:
(notarization not required)

OR

☐ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:
(notarization required)

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with ______________________________
List all documents served with the Summons and Complaint

______________________________ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| KASSEM H BEZIH | [redacted] STERLING HEIGHTS, MI 48310 | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

| Service fee | Miles traveled | Mileage fee | Total |
|---|---|---|---|
| $ | | $ | $ |

______________________________
Signature

______________________________
Title

Subscribed and sworn to before me on ______________ (Date), ______________ County, Michigan.

My commission expires ______________ (Date) Signature: ______________ (Deputy court clerk/Notary public)

Notary public, State of Michigan, County of ______________________________

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with ______________ (Attachments)

______________________________ on ______________ (Day, date, time)

______________________________ on behalf of ______________________________.
Signature

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

STATE OF MICHIGAN
IN THE 41A(2) DISTRICT COURT

UNIFUND CCR, LLC
PO BOX 42730
Cincinnati, OH 45242

PLAINTIFF

v

KASSEM H BEZIH
[redacted]
STERLING HEIGHTS, MI 48310

DEFENDANT

CASE NO. Redacted
HON
**COMPLAINT**

[X] There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

[ ] A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in

Court

The action [ ] remains [ ] is no longer pending. The docket number and the judge assigned to the action are:

**ATTORNEY FOR PLAINTIFF:**
**UNIFUND CCR, LLC**

David A. Bader (P67307)
PO BOX 42348
CINCINNATI, OH 45242
(888) 285-6844 FAX (888) 235-6509
Email: david.bader203@gmail.com

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## BACKGROUND AND PARTIES

1. Plaintiff is a limited liability company whose principal place of business is located in Cincinnati, Ohio.
2. Defendant is an individual whose last known address is in this county and sufficient to establish jurisdiction and venue in this Court.
3. In November 1998, Defendant opened an account issued by original creditor CITIBANK, NA ("the Original Creditor"), original creditor account number ending in 0625 ("the Account").
4. Defendant (including any authorized users) retained the Account, and used it by purchasing goods or services, obtaining cash advances, receiving funds for overdraft protection, and/or making payments on the Account.
5. Defendant failed to pay the entire outstanding balance on the Account, which is past due.
6. On 09/16/2010, the Original Creditor charged off the Account.
7. As set forth in the attached Affidavit (Exhibit A, incorporated herein), the Account was subsequently acquired by Plaintiff, including all rights to collect the outstanding past due balance owed on the Account.
8. The current outstanding past due balance on the Account is $1,874.23.

## COUNT ONE – BREACH OF CONTRACT

9. Plaintiff incorporates the foregoing paragraphs as if fully rewritten herein.
10. By retaining and using the Account, Defendant formed a contract with the Original Creditor for such retention and use, including Defendant's agreement to pay the entire outstanding balance on the Account when due.
11. Through Defendant's retention and use of the Account, the Original Creditor performed its contractual agreement to extend credit or services to the Defendant.
12. Defendant is in breach of contract by failing to pay balance owed on the Account when due.
13. As a direct and proximate result of Defendant's breach, as to the Account, plaintiff has been damaged in the amount of $1,874.23, plus court costs as allowed by law or in equity.

## COUNT TWO – ACCOUNT STATED

14. Plaintiff incorporates the foregoing paragraphs as if fully rewritten herein.
15. In the alternative to a claim for breach of contract, and still asserting and not waiving the foregoing claim for breach of contract (Count One), the Account is due and owing to Plaintiff. The Account is stated in the attached Affidavit (Exhibit A) and any additional supporting documents attached thereto.
16. Defendant benefited from the Account by retaining and using the Account as described above.
17. Defendant has not paid the balance due and owing on the Account.
18. Plaintiff made a demand for payment from Defendant prior to the commencement of this action to no avail.
19. As a direct and proximate result of Defendant's failure to pay the amount due and owing on the Account, Plaintiff has been damaged in the amount of $1,874.23, plus court costs as allowed by law or in equity.

## COUNT THREE – PROMISSORY ESTOPPEL

20. Plaintiff incorporates the foregoing paragraphs as if fully rewritten herein.
21. Defendant unambiguously promised to pay the amounts due and owing on the Account, but failed to do so.
22. The Original Creditor relied on Defendant's promise to pay.
23. The Original Creditor's reliance on Defendant's promise was reasonable.
24. The Original Creditor relied on Defendant's promise to its detriment.
25. As a direct and proximate result of Defendant's failure to keep the promise, Plaintiff, as the Original Creditor's successor in interest, has been damaged in an amount to be proven at trial, plus court costs as allowed by law or in equity.

## COUNT FOUR – QUANTUM MERUIT

26. Plaintiff incorporates the foregoing paragraphs as if fully rewritten herein.
27. In the alternative to a claim for breach of contract, and still asserting and not waiving the foregoing claim for breach of contract (Count One), the Original Creditor conferred a benefit on Defendant by extending credit or services under the Account.

28. Defendant benefited from the Account by retaining and using it in the manner described above, but has not fully paid for that benefit.
29. Plaintiff, as the Original Creditor's successor in interest, is entitled to repayment of the outstanding unpaid benefit conferred.
30. On the basis of quantum meruit or quasi-contract, Defendant has been unjustly enriched as a result of receiving the benefit of retention and use of the Account without fully paying for that benefit.
31. As a direct and proximate result of Defendant's unjust enrichment, Plaintiff has been damaged in an amount to be proven at trial, plus court costs as allowed by law or in equity.

**WHEREFORE,** Plaintiff seeks the following relief:

a. in connection with Counts One and Two, the amount of $1,874.23;
b. in connection with Counts Three and Four, an amount to be proven at trial;
c. court costs as allowed by law or in equity; and
d. judgment interest in accordance with M.C.L. 600.6013(8).

**Respectfully Submitted,**
**David A. Bader**

**BY:** ______________________________

David A. Bader (P67307)
Attorney for Plaintiff
P.O.BOX 42348
CINCINNATI, OH 45242
(888) 285-6844
Fax: (888) 235-6509
Email: david.bader203@gmail.com

STATE OF MICHIGAN
IN THE 41A(2) DISTRICT COURT

EXHIBIT A

UNIFUND CCR, LLC
PO BOX 42730
Cincinnati, OH 45242

PLAINTIFF

v

KASSEM H BEZIH
[redacted]
STERLING HEIGHTS, MI 48310

DEFENDANT

CASE NO.
HON

**AFFIDAVIT**

Redacted

**ATTORNEY FOR PLAINTIFF:**
**UNIFUND CCR, LLC**
David A. Bader (P67307)
PO BOX 42348
CINCINNATI, OH 45242
(888) 285-6844 FAX (888) 235-6509
Email: david.bader203@gmail.com

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**AFFIDAVIT**

I, Pam Harbaugh, being sworn state the following:

1. I am an authorized representative of the Plaintiff, UNIFUND CCR, LLC, in this case and am authorized to make the following statements and representations.

2. I make this affidavit on personal knowledge. If sworn as a witness, I can testify competently to the facts stated herein.

3. I have reviewed the records which UNIFUND CCR, LLC keeps in connection with Defendant's the Account (the account ending in 0625), defined in the Complaint to include the Defendant's name, the account number, the Original Creditor, and the date of issuance. The account records are kept in the course of UNIFUND CCR, LLC's regularly conducted business activity. Based on my review of the Account records, the definition of the Account and additional facts set forth in the Complaint are true and correct. The amount owed by Defendant to UNIFUND CCR, LLC with respect to the Account, as of 02/17/15, is $1,874.23.

4. When the Account was acquired by UNIFUND CCR, LLC, the balance was $1,874.23. Following acquisition, UNIFUND CCR, LLC received payment(s) and/or credit(s) totaling $.00 of the balance due.

5. The bill(s) of sale and/or other assignment through which UNIFUND CCR, LLC acquired the Account is/are attached hereto as Exhibit 1.

6. In connection with the sale and assignment of the portfolio of accounts ("Portfolio") within which the Account was acquired, UNIFUND CCR, LLC received, in electronic format, an asset schedule. This schedule originated with the Original Creditor, CITIBANK, NA, and contains information on each of the Portfolio accounts, including the Account. Each line of this schedule pertains to a specific account and is referenced as the Original Data Source ("ODS") for that account.

7. The information from the asset schedule includes, but is not limited to, the debtor's name, address, social security number, credit card account number, date the Account was opened, date and amount of the debtor's last payment on the Account, and date and account balance at the time the Original Creditor charged off the Account.

8. UNIFUND CCR, LLC uploaded, without alteration, the data from this asset schedule into its proprietary computer system and retains the original asset schedule it in its unaltered form.

9. In UNIFUND CCR, LLC's experience, the ODS information CITIBANK, NA provides is reliable and accurate. UNIFUND CCR, LLC imports and maintains the account information and records into its databases in the course of its regularly conducted business activity.

10. The ODS for the Account is attached hereto as Exhibit 2.

11. Certain statement(s) and/or other supporting documents Plaintiff currently has in its possession regarding the Account are attached as Exhibit 3.

**BY:**

_______________________________
Pam Harbaugh, Authorized Representative

Subscribed and sworn to before me on ____________.

_______________________ Notary Public,

____________ County.

My Commission expires

____________

**EXHIBIT 1**

Contract ID: UN1MU1VB062514
Document ID: 061914UN1MU1VBB1

## BILL OF SALE AND ASSIGNMENT

THIS BILL OF SALE AND ASSIGNMENT, dated June 25, 2014, is by Citibank, N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") to Pilot Receivables Management, LLC, organized under the laws of the state of Ohio, with its headquarters/principal place of business at 10625 Techwoods Circle, Cincinnati, OH 45242 ("Buyer").

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated June 25, 2014, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 and the final electronic file.

**Citibank, N.A.**

By: ______________________
(Signature)

Name: Patricia Hall

Title: Financial Account Manager

BILL OF SALE

THIS BILL OF SALE is effective as of December 31, 2014 between PILOT RECEIVABLES MANAGEMENT, LLC, an Ohio limited liability company ("*Assignor*"), and UNIFUND CCR, LLC, an Ohio limited liability company ("*Assignee*").

Assignor, for value received transfers, sells, conveys, grants and delivers to Assignee free, clear and unencumbered title to the Accounts described on Attachment A and all of Assignor's rights thereto effective as of December 31, 2014. The sale is without recourse to Assignor.

[PILOT RECEIVABLES MANAGEMENT, LLC]

By: Andrew Hagerman

Name: Andrew Hagerman

Title: Vice President

# EXHIBIT 2

Original Data Source ("ODS") for Account ending in 0625

* Rows preceding and succeeding the Account have been redacted to exclude information on other accounts not at issue, thereby preventing disclosure of account and personal information to an unauthorized third party.

* Information on the Account is reproduced here in its entirety, without change, as received from the seller/issuer. However, the data line has been reproduced from a horizontal presentation of as many as 40 pages to a vertical, "wrapped text" presentation.

Redacted

| | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ACCOUNT NUMBER CROSS-REFERENCE NUMBER | ACCOUNT OPEN DATE | ANNUAL PERCENTAGE RATE | ATTORNEY ADDRESS | ATTORNEY CITY |
| ATTORNEY LAW FIRM | ATTORNEY NAME | ATTORNEY PHONE | ATTORNEY STATE | ATTORNEY ZIP CODE | AUTHORIZED USER NAME FIRST |
| AUTHORIZED USER NAME LAST | AUTHORIZED USER NAME MIDDLE | AUTHORIZED USER SOCIAL SECURITY NUMBER / TAX ID | BANKRUPTCY 341 DATE | BANKRUPTCY 341 LOCATION | BANKRUPTCY 341 TIME |
| BANKRUPTCY ASSET INDICATOR | BANKRUPTCY CASE NUMBER | BANKRUPTCY CHAPTER | BANKRUPTCY DEADLINE FILE DATE / BAR DATE | BANKRUPTCY DISCHARGE DATE | BANKRUPTCY FILE AMOUNT |
| BANKRUPTCY FILE DATE | BANKRUPTCY INDICATOR | BANKRUPTCY PROOF OF CLAIM DATE | BANKRUPTCY TRUSTEE | BANKRUPTCY TRUSTEE ADDRESS | BANKRUPTCY TRUSTEE CITY |
| BANKRUPTCY TRUSTEE PHONE | BANKRUPTCY TRUSTEE STATE | BANKRUPTCY TRUSTEE ZIP | BRANCH LAST NETWORK | BRANCH NAME | BRANCH PHONE NUMBER |
| CACS CONVERTED ACCOUNT INFORMATION | CACS FUNCTION | CACS LOCATION | CACS LOCATION NAME | CACS SECURITY CODE | CACS STATE |
| CHARGE CARD INDICATOR | CHARGE OFF AMOUNT | CHARGE OFF DATE | CO-BORROWER FIRST NAME | CO-BORROWER LAST NAME | CO-BORROWER MIDDLE NAME |
| CO-BORROWER SOCIAL SECURITY NUMBER | CREDIT BUREAU FLAG | CREDIT LIMIT | CURRENT BALANCE | DATE OF LAST NAME CHANGE | DEBTOR ALTERNATE CONTACT FIRST NAME |
| DEBTOR ALTERNATE CONTACT LAST NAME | DEBTOR ALTERNATE CONTACT MIDDLE NAME | DEBTOR ALTERNATE CONTACT PHONE | DEBTOR BIRTH DATE | DEBTOR BUSINESS ADDRESS 1 | DEBTOR BUSINESS ADDRESS 2 |
| DEBTOR BUSINESS CITY | DEBTOR BUSINESS PHONE NUMBER | DEBTOR BUSINESS STATE | DEBTOR BUSINESS ZIP CODE | DEBTOR NAME FIRST | DEBTOR NAME LAST |
| DEBTOR NAME MIDDLE | DEBTOR RESIDENCE ADDRESS 1 | DEBTOR RESIDENCE ADDRESS 2 | DEBTOR RESIDENCE CITY | DEBTOR RESIDENCE COUNTRY | DEBTOR RESIDENCE COUNTY |
| DEBTOR RESIDENCE PHONE | DEBTOR SOCIAL SECURITY NUMBER | DEBTOR STATE | DEBTOR ZIP CODE | FDR OWNERSHIP CODE / TRUST ID | FDR REFERENCE NUMBER |
| HIGH BALANCE | HOST STATUS | IRS ACCOUNT CROSS-REFERENCE CODE | IRS ACCOUNT TYPE | IRS CIRS RELATIONSHIP COUNT | IRS CIRS RELATIONSHIP KEY |
| IRS HOST AGENCY CODE | IRS OWNERSHIP CODE | JOINT INDICATOR | JUDGMENT DATE | JUDGMENT INDICATOR | LAST CASH ADVANCE AMOUNT |
| LAST CASH ADVANCE DATE | LAST CONTACT DATE | LAST PAYMENT AMOUNT | LAST PAYMENT DATE | LAST PURCHASE AMOUNT | LAST PURCHASE DATE |
| | | $33.98 | | | |
| LOT NAME / SEGMENT NAME | LOT NUMBER / SEGMENT | MERCHANT INFORMATION | MERCHANT INFORMATION SPECIFIC | MERCHANT NUMBER | ORIGINAL BALANCE |
| ORIGINAL DELINQUENCY DATE | POST CHARGE OFF FEES | POST CHARGE OFF INTEREST | PRE CHARGE OFF INTEREST | PRE CHARGE OFF FEES | PRODUCT IDENTIFICATION NAME |
| PRODUCT IDENTIFICATION NUMBER | PROOF OF CLAIM AMOUNT / TOTAL PRINCIPAL | REFERRAL DATE | RMS BUYERS CODE | RMS CHARGE OFF REASON CODE | RMS LAST STATUS UPDATED |
| RMS LENDING LEVEL 1 | RMS LENDING LEVEL 2 | RMS LOAN TYPE | RMS OFFICE CODE | RMS OFFICER NAME | RMS OFFICER CODE |
| RMS OFFICER CODE DESCRIPTION | RMS RECOVERABLE CODE | RMS REFERRAL AMOUNT | RMS STATUS CODE | SALE AMOUNT | SALE ID |

| STATUTE OF LIMITATIONS | SUM OF ALL PAYMENTS RECEIVED | SUM OF ALL POST CHARGE OFF PAYMENTS |
| --- | --- | --- |
| [illegible] | [illegible] | [illegible] |

**EXHIBIT 3**

at&t | Universal Card

AT&T Universal Rewards Card
Charter Member

Minimum Payment Due: **$1,874.23** New Balance: **$1,874.23**

Payment Due Date: **10/14/2010** Payment must be received by 5:00 PM local time on the payment due date.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $1,874 |

For information about credit counseling services, call 1-877-337-8188.

Account Activity
Aug 18-Sep 16, 2010

Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,874.23 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $1,874.23 |
| Past Due Amount | $495.81 |
| Amt. Over Credit Limit | $244.23 |
| Credit Limit | $1,630 |
| Available Credit | $0 |
| Cash Advance Limit | $500 |
| Available Cash Limit | $0 |
| Statement Closing Date | 09/16/2010 |
| Days in Billing Cycle | 30 |

www.universalcard.com
Account Member
KASSEM H BEZIH
Account Number [redacted]0625

How to Reach Us
1-800-423-4343

Customer Service
PO BOX 6500
SIOUX FALLS, SD
57117-6500

citi

Important Changes to Your Account: We changed our fee structure. This change does not result in an increase in fees and in many cases will reduce the fees you currently pay for late and returned payments. Below, we summarize the new fee structure that began on 08/22/2010.

**Late Payment Fee**
For the first late payment:
- Up to $15 on balances up to $100.00
- Up to $25 on balances of $100.00 and over

For each additional late payment during the next six billing cycles:
- Up to $15 on balances up to $100.00
- Up to $29 on balances of $100.00 up to $1000.00
- Up to $35 on balances of $1000.00 and over

**Return Payment Fee**
- Up to $25 for the first returned payment
- Up to $29 for each additional returned payment during the next six billing cycles

If you have any questions about the impact to your account, please call 1-800-423-4343.

**Categorized Purchase Activity**

| Air Travel | Auto Rental | Entertainment | Health Care | Lodging | Merchandise |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Miscellaneous** | **Organizations** | **Other Travel** | **Restaurants** | **Services** | **Vehicle Services** |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Fees**

| Sale | Post | Description | Amount |
|---|---|---|---|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

**Interest Charged**

| | Post | Description | Amount |
|---|---|---|---|
| | | TOTAL INTEREST FOR THIS PERIOD | 0.00 |

©2010 AT&T and the AT&T logo are trademarks of AT&T Intellectual Property, licensed to Citigroup Inc.

1 of 2

date paid ________ amount paid ________ check # ________ Detach and follow payment instructions on reverse

Make check payable to: AT&T Universal Card

www.universalcard.com

New Balance:
$1,874.23
Minimum Payment Due:
$1,874.23
Payment Due Date:
10/14/2010

Print changes of address, phone number or e-mail below.*

Account Number: [redacted]0625

*If you provide an email address, we may use it to contact you about your account. We may also use your email address to send you information about products and services you might find useful.

Payment must be received by 5:00 PM local time on the payment due date.

000000 MC 34 A 0
KASSEM H BEZIH
ATTNY ACCOUNT-CODE=CS13
DEARBORN MI 48126-2322

AT&T UNIVERSAL CARD
Processing Center
Des Moines, IA 50363-0005

at&t | Universal Card

citi

AT&T Universal Rewards Card
Charter Member

Account Number
**** **** **** 0625

How to Reach Us
1-800-423-4343
Customer Service
PO BOX 6500
SIOUX FALLS, SD 57117-6500
Access your account online: www.universalcard.com

| 2010 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2010 | $234.00 |
| Total Interest charged in 2010 | $167.80 |

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $0.00 (D) | $0.00 |
| Purch Prior 04/07/10 | 14.990% | $0.00 (D) | $0.00 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

Help is available! Please call the toll-free number shown above to learn about our special payment options. Please give us the opportunity to assist you.

2 of 2

UNIFUND CCR,LLC
PO BOX 42730
CINCINNATI, OH 45242
CERTIFIED MAIL
9171 9690 0935 0061 8336 68
neopost
03/27/2015
US POSTAGE
FIRST-CLASS MAIL
$05.55
ZIP 45242
041L12202026
KASSEM H BEZIH
STERLING HEIGHTS, MI 48310
48310 701060
Signature Required
785.00
he wants to sue it
Friday @ 9:30

