UNITED STATES of AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN

KASSEM BEZIH,

    Plaintiff,

 -vs-                                           Case No. 15-11660
                                                 Hon. Robert H. Cleland

UNIFUND CCR LLC,

    Defendant.

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, KASSEM BEZIH, and Defendant, UNIFUND CCR LLC, hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and dismissal of the putative class claims without prejudice. Stipulated to by:

| | | | |
|---|---|---|---|
| By: | s/ Adam G. Taub_____ | By: | s/Alan H. Abes |
| | Adam G. Taub (P48703) | | Alan H. Abes |
| | ADAM G. TAUB & ASSOCIATES | | Dinsmore & Shohl LLP |
| | CONSUMER LAW GROUP, PLC | | For Defendant |
| | For Plaintiff | | 255 E. 5th St. Suite 1900 |
| | 17200 West Ten Mile Rd, Ste 200 | | Cincinnati, OH 45202 |
| | Southfield, MI 48075 | | (513) 977-8149 |
| | (248) 746-3790 | | alan.abes@dinsmore.com |
| | adamgtaub@clgplc.net | | |

Dated: March 16, 2016

                                   **SO ORDERED:**

                                  S/Robert H. Cleland_____
                                  ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE

Dated: March 18, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 18, 2016, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522